NICOLA T. HANNA
United States Attorney

MELISSA L. BAKER (NY Bar No. 4387122)
DEVIN A. WOLAK (IL Bar No. 6273266)
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D. C.  20044
Telephone:  (202) 305-0307
Facsimile:    (202) 353-7763
melissa.baker@usdoj.gov
devin.wolak@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:20-cv-1353 |
| PLAINTIFF, | |
| v. | **COMPLAINT IN CONDEMNATION** |
| 537.48 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, STATE OF CALIFORNIA; JOHN JASON CHUN; N.R.L.L. EAST, LLC; FARMERS & MERCHANT BANK; and the COUNTY OF SAN BERNARDINO | with Declaration of Taking<br><br>40 U.S.C. § 3114 |
| DEFENDANTS. | |

1. This is a civil action brought by the United States of America at the request of the Department of the Navy, for the taking of land in San Bernardino County, California, under its power of eminent domain and through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.  The Court has venue under 28 U.S.C. § 1403.

3. The authority for the acquisition is set forth in Schedule A, which is attached hereto and made a part hereof.

4. The public purpose for which said property is taken is set forth in Schedule B, which is attached hereto and made a part hereof.

5. A legal description of the land taken is set forth in Schedule C, which is attached hereto and made a part hereof.

6. A plat (map) showing the land taken is set forth in Schedule D, which is attached hereto and made a part hereof.

7. The estate taken in the property is described in Schedule E, which is attached hereto and made a part hereof.

8. The estimate of just compensation is stated in Schedule F, which is attached hereto and made a part hereof.

9. The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule G, which is attached hereto and made a part hereof.

WHEREFORE, Plaintiff United States of America requests judgment that the property and interests be condemned, that just compensation for the taking be ascertained and awarded, and the Court award such other relief as may be lawful and proper.

DATED:   July 6, 2020        UNITED STATES OF AMERICA


/s/ *Melissa L. Baker*
MELISSA L. BAKER
DEVIN A. WOLAK
E-mail: melissa.baker@usdoj.gov
             devin.wolak@usdoj.gov

*Attorneys for Plaintiff*
   *United States of America*