cc: Fiscal Section

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                                  Petitioner,<br><br>          v.<br><br>537.48 Acres of Land, et al.,<br><br>                                  Respondents. | Case No. EDCV 20-1353 JGB (SHKx)<br><br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the concurrently filed Order, the Court GRANTS Plaintiff's Motion to Approve Stipulation of Settlement between Plaintiff United States and Defendant John J. Chun. Judgment is entered as follows:

1. The sum of $265,000 shall be full and just compensation and in full satisfaction of all claims of any nature against the United States by reason of the institution and litigation of this action and taking of the Subject Property and estate described in the Taking Declaration.
2. The deficiency between the agreed upon settlement amount ($265,000) and the previous deposit of estimated just compensation ($161,200) is $103,800.
3. The United States shall pay into the registry of the Court the deficiency amount of $103,800.

4. If any other person or entity is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the Subject Property taking in this action, Defendant shall refund into the registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon calculated in accordance with the provision of 40 U.S.C. § 3116, from the date of the receipt of the award by Defendant to the date of repayment into the Court's registry.

5. The United States and Mr. Chun further agree that the United States shall be held harmless from the claims of any additional party claiming an interest in all, or part, of the $265,000 that constitutes just compensation for the Subject Property and was, or will be, paid to Mr. Chun in this action.

6. The United States and Mr. Chun agree that the United States shall be held harmless from the claims of any and all parties having liens or encumbrances and any other parties who may be entitled to any portion of the just compensation to be paid by virtue of any recorded or unrecorded easement.

7. Mr. Chun shall pay and discharge in full all taxes, assessments, liens, and encumbrances against the property, if any exist, as of the date of the taking.

8. The parties shall be responsible for their own legal fees, costs, and expenses (including attorneys' fees, consultants' fees, experts' fees, transcript costs, and any other expenses relating to this litigation).

9. The parties consent to the entry of all orders and judgments necessary to effectuate this stipulation and agreement.

10. The parties will take no appeal from the entry of judgment in accord with the Stipulation and Agreement.

11. Upon the Court's Order entering judgment and the United States depositing the deficiency into the Court's registry, and in accordance with this Stipulation, the Clerk of the Court shall immediately distribute all sums on

1    deposit in the Court's registry to Defendant John Chun, together with any

2    interest earned thereon while on deposit, made payable to "Sullivan,

3    Workman & Dee Client Trust Account #2," and sent to:

4

5        D. Daniel Pranata, Esq.

6        Sullivan, Workman & Dee, LLP

7        600 N. Rosemead Boulevard, Suite 209

8        Pasadena, CA 91107

9

10

11   Dated: January 20, 2022

12                              THE HONORABLE JESUS G. BERNAL

13                              United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3